IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BATSAIHAN PURVEEGIIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 06-0617-WS-C** |
| ) | |
| **DAVID O. STREIFF,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This action is before the Court on the Report and Recommendation (doc. 50) entered by Magistrate Judge Cassady back on January 8, 2008. In that document, the Magistrate Judge recommended that this action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the Court's inherent power, based on plaintiff's willful disregard of the Court's Scheduling Order and his failure to undertake reasonable measures to prosecute this action. Although plaintiff requested a 45-day enlargement of the time to submit objections to the Report and Recommendation, no objections have been filed to date.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 8, 2008 is **ADOPTED** as the opinion of this Court.

DONE and ORDERED this 14th day of March, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE