IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BATSAIHAN PURVEEGIIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 06-0617-WS-C |
| | ) |
| **DAVID O. STREIFF,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED and DECREED** that this cause be, and it is hereby **DISMISSED without prejudice** for failure of plaintiff to prosecute his cause of action.

DONE and ORDERED this 14th day of March, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
